```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 8 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Collins K. Matthias.,

        Plaintiff,

  -v-

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**
08 Civ. 7245 (PAC) (GWG)

Ready Workers Management Corp.,

        Defendant.
------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_** **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time Period of the referral:_____

____ Settlement:

____ Inquest After Default/damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

____ Habeas Corpus

____ Social Security

**_X_** **Dispositive Motion (i.e. motion requiring a Report and Recommendation)**
Particular Motion:_____

=====================================================================

* Do not check if already referred for general pretrial

Dated: New York, New York
       August 25, 2008

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

Copy Mailed To:

Collins K. Matthias
322 Wast 32nd Street
Brooklyn, NY 11226

1